### Harry D. Cowden, Plaintiff in Error, v. Joseph Stout, Defendant in Error.

### (Not to be reported in full.)

Error to the Circuit Court of McLean county; the Hon. COLOSTIN D. MYERS, Judge, presiding. Heard in this court at the October term, 1914. Affirmed. Opinion filed April 16, 1915.

### Statement of the Case.

Action brought by Harry D. Cowden against Joseph Stout to recover $350 as commissions for procuring a loan of $35,000 for the defendant. The court without a jury, found for the defendant, and the plaintiff appeals.

FRANK Y. HAMILTON and WELTY, STERLING & WHITMORE, for plaintiff in error.

WILLIAM N. MARSHALL, for defendant in error.

MR. PRESIDING JUSTICE ELDREDGE delivered the opinion of the court.

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

PRINCIPAL AND AGENT, § 83*—*sufficiency of evidence to permit recovery for procuring loan.* The evidence *held* sufficient to sustain a judgment for the defendant in an action to recover for procuring a loan.